IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

KEITH RUSSELL JUDD, Petitioner,

v.                                  No. _____

Secretary of State of Louisiana;
STATE OF LOUISIANA, Respondents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUN 10 2011
LORETTA G. WHYTE
CLERK
11-1501
SECT. N MAG. 2

## APPLICATION FOR WAIVER OF FILING FEES AND COSTS

Plaintiff, Keith Russell Judd, Pro Se, asks for leave to proceed without prepayment of filing fees and costs, due to inability to pay, under the Equal Protection of the Laws Clause of the 14th Amendment of the U.S. Constitution.

### AFFIDAVIT OF INABILITY TO PAY FEES OR COSTS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: NA - Not Applicable
- IF YES, how much do you earn per month? $ NA
- IF NO, give month and year of last employment. How much did you earn per month? $ Feb., 1994
- If married is your Spouse employed? ☒ Yes  ☐ No  Divorce Pending
- IF YES, how much does your Spouse earn per month? $ NA
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ NA

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: NA, NA, NA
  - SOURCES: None, None, None

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ NA

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: NA, NA, NA, NA
  - DESCRIPTION: None, None, None, None

**DEPENDENTS**
- MARITAL STATUS: ___ SINGLE, X MARRIED, ___ WIDOWED, ___ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Divorce Pending since 1997, Not Final

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: None
- Creditors: None, None, None
- Total Debt: $ NA, $ NA, $ NA, $ NA
- Monthly Paymt: $ NA, $ NA, $ NA, $ NA

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) June 5, 2011

/s/ Keith Judd
KEITH RUSSELL JUDD, Petitioner,
P.O. Box 7000, #11593-051
Texarkana, Texas, 75505

SSN: 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

___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

TENDERED FOR FILING
JUN 10 2011
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Keith Russell Judd, Petitioner,

    v.                    No. _____

Secretary of State of Louisiana;
STATE OF LOUISIANA, Respondents.

MOTION FOR TOTAL WAIVER OF FILING FEES UNDER THE TWENTY FOURTH AMENDMENT; VOTING

    Petitioner, Keith Russell Judd, Pro Se, hereby moves this Court for a total **waiver of filing fees and costs** pursuant to the Twenty Fourth Amendment proving the right of citizens to Vote in Federal Elections **"shall not be denied or abridged by the United States or any State by reason of failure to pay any poll tax or other tax.** See, Harman v. Forssenius, 380 U.S. 528, 14 L.Ed.2d 50, 85 S.Ct. 1177 (1965)(Virginia statute requiring either payment of poll tax or filing of noterized or witnessed certificate attesting residence in state registration violated the Twenty Fourth Amendment). This is a Class Action, in part, under Fed.R.Civ.P., Rule 23, for Declaratory Judgment of all convicted felons' right to Vote in all Federal Elections under the U.S. Constitution and Laws. As a Democratic Candidate for President of the United States, Petitioner has standing to represent the rights of convicted felons to Vote in the Federal Elections. See, Bay County Democratic Party v. Land, 347 F.Supp.2d 404, 422 (E.D. Mich 2004)(**"candidates have standing to represent the rights of voters."**). In addition, Petitioner seeks Declaratory Judgment of his rights to be on the State's 2012 Primary Election Ballot as a Democratic Candidate for President of the United States.

    This type of Voting Rights action is exempt from the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), et seq., as it hasnothing to do with prison conditions.

    WHEREFORE, Petitioner, Keith Russell Judd, Pro Se, asks this Court to waive the fling fee and costs under the **Twenty Fourth Amendment**, plus any other relief appropriate and just.

Date: June 16, 2011

RESPECTFULLY SUBMITTED,

_Keith Judd_
KEITH RUSSELL JUDD, Petitioner
P.O. Box 7000, #11593-051
Texarkana, Texas, 75505

PROOF OF FILING BY INMATE

I declare under penalty of perjury pursuant to Houston v. Lack, 487 U.S. 266 (1988), that on June 16, 2011, I mailed this Motion with First Class U.S. Postage prepaid and properly addressed to:

1.) U.S. District Court, 500 Poydras Street, New Orleans, LA, 70130

                                        By _Keith Judd_