# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH RUSSELL JUDD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1501** |
| **SECRETARY OF STATE OF LOUISIANA, STATE OF LOUISIANA** | **SECTION "N"(2)** |

## ORDER AND REASONS

Plaintiff, Keith Russell Judd, is a federal prisoner incarcerated in the Federal Correctional Institute at Texarkana, Texas. In his pro se civil complaint, Judd has named the Louisiana Secretary of State and the State of Louisiana as defendants. He seeks the following relief:

> [D]eclaratory judgment and preliminary injunction with regards to placement of Keith Russell Judd on this State's 2012 Presidential Primary Election Ballot as a Democratic Candidate for President of the United States; and to declare all State Laws in conflict as unconstitutional under the U.S. Constitution, including requirements of Democratic Party placement on Ballot... [] and Declaratory Judgment of all convicted felons' right to Vote in the Federal Presidential Primary Election under the Constitution of the United States...[].

With his complaint, plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1] This is a non-dispositive pretrial matter which was referred to the undersigned magistrate judge pursuant to Local Rule 72.1(B)(1) and 28 U.S.C. § 636(b).

---

[1] Plaintiff has not provided the certified inmate account statement required by law. 28 U.S.C. § 1915(a)(2).

The Prison Litigation Reform Act of 1996 ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Judd has a long history of filing vexatious and frivolous lawsuits in the federal courts. He has been warned repeatedly and sanctioned on numerous occasions as a result of his frivolous actions. See Keith Russell Judd v. John B. Fox, Warden, 07-41035 (5th Cir. August 19, 2008); Keith Russell Judd v. David Winn, et al., 03-50071 (5th Cir. Nov. 20, 2003); In Re: Keith Russell Judd, 03-51371 (5th Cir. Feb. 3, 2004); United States v. Judd, 02-50500 (5th Cir. Apr. 30, 2003); Keith Russell Judd v. U.S. District Court, et al., 98-51118 (5th Cir. Nov. 9, 2000); Keith Russell Judd v. The University of New Mexico, et al., 98-51060 (5th Cir. May 13, 1999); Keith Russell Judd v. U.S. District Court, et al., 98-51155 (5th Cir. Apr. 16, 1999).

Judd has accumulated three strikes under the PLRA. See Judd v. University of New Mexico, et al., 134 F.3d 367, 1997 WL 811623 (97-50242 5th Cir. Dec. 9, 1997); Judd v. U.S. District Court, et al., 180 F.3d 262, 1999 WL 274608 (98-51119 5th Cir. Apr. 15, 1999); Judd v. U.S. District Court, et al., 180 F.3d 262, 1999 WL 274610 (98-51155 (5th

Cir. Apr. 16, 1999).  Judd has not alleged imminent danger of serious physical injury. Consequently, he is not entitled to proceed as a pauper pursuant to the provisions of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

In addition, Judd is barred by order of the United States Fifth Circuit Court of Appeals from filing any civil actions in a district court of this circuit until he pays his outstanding sanctions.  Moreover, even after satisfaction of all sanction orders (which he has not verified to this court), Judd is barred from filing "any civil action in a district court of this circuit . . . [] without first obtaining leave of the court in which he seeks to file such action, pleading, or notice." Judd v. Fox, 07-41035 (5th Cir. 2008).  Judd has not obtained leave of court to file this civil action and will not receive leave from me.  For the foregoing reasons, **IT IS ORDERED** that Keith Russell Judd's motion to proceed in forma pauperis is **DENIED**.

New Orleans, Louisiana, this  5th  day of July, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE