UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH RUSSELL JUDD | CIVIL ACTION |
| VERSUS | NO. 11-1501 |
| POLICE CHIEF RONAL SERPAS, ET AL. | SECTION "N" (2) |

**ORDER AND REASONS**

**IT IS ORDERED** that **Petitioner's Motion for Appeal/Review of Magistrate Judge Decision (Rec. Doc. 3)** is **DENIED**. The Court finds that Magistrate Judge Wilkinson properly denied Petitioner's Motion for Leave to Proceed in forma pauperis and that the Order denying Petitioner's Motion for Leave to Proceed in forma pauperis was neither erroneous nor contrary to law. Fed. R. Civ. P. 72.

New Orleans, Louisiana, this 11th day of October 2011.

**KURT D. ENGELHARDT**
**United States District Judge**