UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH RUSSELL JUDD | CIVIL ACTION |
| VERSUS | NO. 11-1501 |
| POLICE CHIEF RONAL SERPAS, ET AL. | SECTION "N" (2) |

### ORDER AND REASONS

**IT IS ORDERED** that **Petitioner's Motion for Relief from Judgment (Rec. Doc. 10)** is **DENIED** as petitioner has presented no legal grounds for relief.

New Orleans, Louisiana, this 23rd day of August, 2012.

KURT D. ENGELHARDT
United States District Judge

